**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

CHRISTIAN CEBOLLERO,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                  ORDER

                                  23-mj-5945

GEORGE B. DANIELS, United States District Judge:

      The parties in the above-captioned case shall appear before this Court on January 9, 2024 at 10:00 a.m. for an initial conference and plea hearing.

Dated:   December 27, 2023
          New York, New York

                                SO ORDERED.

                                  _George B. Daniel_

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE