```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :        1:24CR00014-1
     -against-                      :        ORDER
                                    :
 Christian Cebollero                :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

George B. Daniels, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the conditions of drug testing as directed by Pretrial Services.

Dated: New York, New York

February _____, 2024

**FEB 2 6 2024**

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge