UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
            -against-                   :
                                        :           ORDER
CHRISTIAN CEBOLLERO,                    :
                                        :           24 Crim. 14 (GBD)
                         Defendant.     :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The May 21, 2024 sentencing is adjourned to May 28, 2024 at 10:00 a.m. The filing deadlines set forth in this Court's Individual Rules and Practices are adjourned accordingly.

Dated: New York, New York
       March 18, 2024

                                                SO ORDERED.

                                                _George B. Daniels_
                                                GEORGE B. DANIELS
                                                United States District Judge