# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2024

<u>Via ECF</u>

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 17 2024

Re: <u>United States v. Christian Cebollero</u>
24 Cr. 14 (GBD)

Dear Judge Daniels,

  We write with the consent of the government and Pretrial Services to respectfully request a modification of Mr. Cebollero's pretrial release conditions to permit him to travel to and from the Middle District of Florida for several days in mid-August. On May 29, 2024, the Court entered judgment in this case and sentenced Mr. Cebollero to one year and one day of incarceration, with a surrender date of September 13, 2024. Mr. Cebollero and his family wish to take a family trip to Florida before Mr. Cebollero reports to his designated facility.

  Accordingly, we respectfully request that the Court modify Mr. Cebollero's conditions to permit him to travel to and from the Middle District of Florida, with the exact dates and means of travel to be provided to and approved by Pretrial Services in advance.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record