# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2024

**Via ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

SO ORDERED
*George B. Daniels*

AUG 0 8 2024

The deadline for submissions regarding restitution is adjourned to August 21, 2024.

HON. GEORGE B. DANIELS

Re: **United States v. Christian Cebollero**
    **24 Cr. 14 (GBD)**

Dear Judge Daniels,

I write with the consent of the Government to respectfully request an adjournment of the restitution motion deadline in this matter to August 21, 2024.

On May 28, 2024, the Court sentenced Mr. Cebollero to one year and one day of imprisonment and set a deadline of July 29, 2024 for the submission of the Government's motion regarding restitution. *See* Doc. 27. On July 23, 2024, the Court adjourned this deadline at the request of the Government, and with the consent of the defense, until August 12, 2024. *See* Doc. 33. The Government has recently provided to the defense its proposal with respect to restitution, as well as certain supporting materials. In order to provide the defense time to review and discuss this proposal with the Government, I respectfully request an adjournment of the deadline for any restitution submissions until August 21, 2024.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: AUSA Henry L. Ross