UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,

    -against-

CHRISTIAN CEBOLLERO,

                              Defendant.
------------------------------------x

ORDER

24 Crim. 14 (GBD)

GEORGE B. DANIELS, United States District Judge:

Owing to this Court's entry of an amended judgment (ECF No. 39), the Government's motion for the entry of a restitution order (ECF No. 36) is DENIED as moot.

The Clerk of Court is directed to close the motion at ECF No. 36.

Dated: New York, New York
       September 5, 2024

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge